Court of Criminal Appeals of Texas.

April 1, 1942.

## BOOKMAN v. STATE.
### No. 22036.

Court of Criminal Appeals of Texas.

April 1, 1942.

Earl Shelton, of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Upon his plea of guilty to the offense of selling whiskey in a wet area, without a license, the appellant was assessed a punishment of a fine of $100.

The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.